UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BAILE-BAIREAD LLC, | : |
| Plaintiff, | : |
| | : Civil Action No. 2:12-cv-00957 |
| v. | : |
| | : Judge Sargus |
| MAGNUM LAND SERVICES, LLC, *et al*, | : |
| Defendants. | : |

**AGREED ORDER AND
STIPULATION OF DISMISSAL, WITH PREJUDICE**

Pursuant to the agreement of Defendant Belmont Resources, LLC and Plaintiff Baile-Bairead, LLC (collectively, the "Parties"), the marginal notations cancelling the two leases entered into on or about September 22, 2006 between Baile-Bairead, LLC and Magnum Land Services, LLC, recorded in Volume 450, Page 948 and Volume 450, Page 952 of the Washington County, Ohio Recorder's Office (the "Leases") shall be stricken and removed. The Leases, in their entirety, remain in full force and effect.

IT IS THEREFORE ORDERED that this Order be recorded in the records of the Washington County, Ohio Recorder's Office;

IT IS FURTHER ORDERED that the Washington County, Ohio Recorder strike from the Leases any marginal notation cancelling the Lease.

IT IS FURTHER ORDERED that, upon the agreement and stipulation of the Parties, that all claims and counterclaims asserted in this matter are hereby dismissed, with prejudice.

**IT IS SO ORDERED**

DATE: 8-18-2014

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

/s/ *Kristi Kress Wilhelmy*
Kristi Kress Wilhelmy (0078090), Trial Atty.
Amanda J. Stacy (0087893)
Barrett, Easterday,
Cunningham & Eselgroth LLP
7259 Sawmill Road
Dublin, Ohio 43016
(614) 210-1840 / Fax: (614) 210-1841
kkwilhelmy@ohiocounsel.com
astacy@ohiocounsel.com

*Attorneys for Plaintiff, Baile-Bairead, LLC*

/s/ *John K. Keller*
John K. Keller (0019957), Trial Atty.
Christopher C. Wager (0084324)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400 / Fax: (614) 719-4954
jkkeller@vorys.com
ccwager@vorys.com

*Attorneys for Defendant,*
*Belmont Resources, LLC*